DAVID STEWART, Appellant, v. WALTON IMPROVEMENT Co., INC., and Others, Respondents.— Order granting defendants' motion for a bill of particulars modified by disallowing items numbered 1, 2, 3, 5, 6, 11, 12, 13 and 15, and as so modified affirmed, without costs. Lazansky, P. J., Young, Kapper and Carswell, JJ., concur; Rich, J., dissents.

URSZULA SZULZ, Appellant, v. JOSEPH SZULZ, Respondent.— Order denying plaintiff's motion for alimony *pendente lite* and counsel fee affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

WALTER GEORGE TILBROOK, Respondent, v. UNITED STATES CASUALTY COMPANY, Appellant.— Judgment reversed upon the law and the facts, with costs, and complaint dismissed, with costs. The answer adequately pleaded the defenses based upon fraudulent misrepresentations of material facts. The undisputed facts established that the representation contained in clause " 1 " of the application was false, and that representation was material as a matter of law under the undisputed facts herein. No question of fact existed for submission to the jury with respect to whether such representation was intentional or was due to mistake. (*American Surety Co.* v. *Patriotic Assurance Co.*, 242 N. Y. 54, 64; *Satz* v. *Massachusetts Bonding & Ins. Co.*, 243 id. 385, 393; *Bollard* v. *New York Life Insurance Company*, 182 App. Div. 915; affd., 228 N. Y. 521; *Armour* v. *Transatlantic Fire Ins. Co.*, 90 id. 450, 456; Ins. Law, § 107, subd. f.) This disposition with respect to that clause makes unnecessary a decision of the same and similar questions with respect to clause " k " as the determination with respect to clause " 1 " is decisive of the controversy herein. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

EMANUELE TROTTA, Respondent, v. HENRY A. BALDWIN and Others, Defendants, and HERMAN ROSENSTEIN and KALMAN NOSELSON, Appellants.— Order denying motion of defendants Rosenstein and Noselson to dismiss complaint as to them upon the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within ten days from service of the order herein upon payment of such costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

SQUIRE J. VICKERS, Respondent, v. AMERICAN ENCAUSTIC TILING COMPANY, LTD., Appellant.— Order denying defendant's motion to change place of trial from Rockland county to New York county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.